# United States Court of Appeals for the Federal Circuit

---

**CHARLES BERTINI,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2021-2301

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91229891.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

April 4, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court