NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**CHARLES BERTINI,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

_____

2021-2301

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91229891.

_____

## ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC

_____

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and STARK, *Circuit Judges.**

PER CURIAM.

_____

\*      Circuit Judge Cunningham did not participate.

# O R D E R

Apple Inc. filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on July 13, 2023.

FOR THE COURT

July 6, 2023                          /s/ Jarrett B. Perlow
Date                                  Jarrett B. Perlow
                                      Clerk of Court